UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TARA BOOS,

    Plaintiff,                                                     ORDER

v.                                            Civil No.: 05-1140 (MJD/AJB)

HIGH-TECH INSTITUTE, INC.,

    Defendant.

---

The Court has been informed that the plaintiff's attorney has passed away. Because of this, the Court will continue the summary judgment hearing to a date to be determined later.

Plaintiff is hereby granted 30 days from the date of this order to obtain new counsel. In the event plaintiff does obtain new counsel, such counsel shall notify the Court within said 30 day period. In the event that plaintiff does not obtain new counsel, the Court will rule on defendant's motion for summary judgment.

Dated: September 26, 2006

                                                                    s/Michael J. Davis
                                                                    MICHAEL J. DAVIS, Judge
                                                                    United States District Court